United States District Court
Southern District of Texas
**ENTERED**
March 08, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIAM JACOB LITTLE, (SPN #02291873) Plaintiff, v. STATE OF TEXAS, *et al.*, Defendants. | § § § § § § § § § § § CIVIL ACTION NO. 4:21-cv-3757 |

**ORDER OF DISMISSAL**

William Jacob Little, a pretrial detainee at the Harris County Jail, filed an amended complaint under 42 U.S.C. § 1983, alleging violations of his civil rights. On December 21, 2021, the Court entered an order denying Little's motion for leave to proceed *in forma pauperis* because he failed to include a certified copy of his inmate trust fund account statement (Dkt. 6). In that same order, the Court also ordered Little to submit a properly supported motion to proceed *in forma pauperis* by January 20, 2022. That order expressly warned Little that his failure to comply as directed could result in dismissal of this action for want of prosecution under Rule 41(b) of the Federal Rules of Civil Procedure. On January 10, 2022, the Court's order was returned as undeliverable mail (Dkt. 8). The order was remailed to Little on January 24, 2022.

To date, Little has not complied with the Court's order. His failure to pursue this action supports dismissal for want of prosecution. *See* Fed. R. Civ. P. 41(b); *see also Slack v. McDaniel*, 529 U.S. 473, 489 (2000) ("[t]he failure to comply with an order of the court is grounds for dismissal with prejudice"); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir.

1998) (a district court may, on its own motion, dismiss an action for failure to prosecute or to comply with any court order). Little may seek relief from this order if he properly shows grounds, which at a minimum includes full compliance with the Court's previous orders. *See* Fed. R. Civ. P. 60(b).

Accordingly, it is **ORDERED** that this action be **DISMISSED** without prejudice for want of prosecution.

SIGNED at Houston, Texas, on     MAR 0 8 2022     .

                                      ALFRED H. BENNETT
                                  UNITED STATES DISTRICT JUDGE